# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2482
Lower Tribunal No. 2021-CA-003267

_____

ALLISON ALBANESE-BENNETT,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller and Christine H. Greider, Judges.

March 17, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Megan E. Shaw, of Parrish & Goodman, PLLC, Fort Myers, for Appellant.

Andrew J. McGinley, General Counsel, Tallahassee, and Christopher J. Vignieri, Assistant Regional Counsel, Suncoast Region, of Department of Children and Families, Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED